FREDERICK F. NEUMAN, Appellant and Respondent, *v.*
GEORGE W. NEWGASS, Respondent and Appellant.

(Argued October 9, 1929; decided November 19, 1929.)

*Frank H. Hiscock* and *Paul Bonynge* for plaintiff, appellant and respondent.

*John W. Davis, Nathan L. Miller* and *Irving L. Ernst* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: POUND and KELLOGG, JJ.